UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:13-MJ-1217

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| TIMOTHY E. DAVIS | ) | |

This matter is before the Court upon Defendant's *pro se* motion for early termination of his term of probation with the United States Probation Office. DE-10. Mr. Davis does not appear to have consulted with his Supervising Probation Officer to obtain her position regarding his request. Accordingly, his motion is DENIED WITHOUT PREJUDICE, and Mr. Davis is instructed to first direct his request to his Supervising Probation Officer.

SO ORDERED in Chambers at Raleigh, North Carolina on Tuesday, October 29, 13.

_____
WILLIAM A. WEBB
UNITED STATES MAGISTRATE JUDGE